IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY WILLIAMS,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>SUPERINTENDANT TICE, et al.,<br><br>　　　　　　　Respondents. | CIVIL ACTION<br>NO. 21-5135 |

# ORDER

**AND NOW**, this 26th day of March 2024, upon consideration of the Petition for Writ of Habeas Corpus (Doc. No. 1), Respondents' Response in Opposition (Doc. No. 19), the Report and Recommendation of United States Magistrate Judge Richard A. Lloret (Doc. No. 53), Petitioner's Objections to the Report and Recommendation (Doc. No. 54), Petitioner's Motion Requesting a Ruling on the Writ of Mandamus (Doc. No. 51), the relevant record in this case, and in accordance with the Opinion issued this day, it is **ORDERED** as follows:

1. Petitioner's Objections to the Report and Recommendation (Doc. No. 54) are **OVERRULED.**

2. The Report and Recommendation (Doc. No. 53) is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED** and **DISMISSED** with prejudice. A Certificate of Appealability **SHALL NOT** be issued because Defendant failed to "demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

4. Petitioner's Motion Requesting a Ruling on the Writ of Mandamus (Doc. No. 51) is **DENIED** as moot because United States Magistrate Judge Lloret has filed his Report and Recommendation on January 22, 2024;

5. Judgment is entered in favor of **RESPONDENTS**;

6. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.